**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs,
SUSAN JOHNSON and CHRISTI MCCRACKEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON and CHRISTI MCCRACKEN, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GIGSMART, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-02233-TLT<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>**District Judge**: Hon. Trina L. Thompson<br><br>**Complaint Filed**: April 15, 2024<br>**Trial Date**: Not Set |

1    Plaintiffs requests a dismissal of this action without prejudice.

2    Plaintiffs filed this matter to enjoin out of state arbitration proceedings filed against them
3 during the pendency of their earlier-filed state court action against Defendants. *See* Complaint,
4 ECF No. 1. In opposing Plaintiff Christi McCracken's Ex Parte Motion for Temporary Restraining
5 Order, Defendant agreed it "will take no action to pursue arbitration in the absence of a court
6 order." ECF No. 15 at p. 2; and ECF No. 15-1 at p. 2 (reflecting same). In light of the pause on the
7 arbitrations until a court order is obtained, Plaintiffs no longer need relief in this action and wish
8 to dismiss it without prejudice.

9    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may dismiss an action
10 without court order by filing a notice of dismissal before the opposing party serves an answer or a
11 motion for summary judgment.

12   Defendant has no answered or filed a motion for summary judgment making dismissal
13 appropriate here under Rule 41(a)(1)(A)(i) and Civil L.R. 77-2(c).

14 Respectfully submitted:

15 DATED:  April 26, 2024                    **NICHOLAS & TOMASEVIC, LLP**

By:    */s/ Shaun Markley*
       Craig M. Nicholas (SBN 178444)
       Shaun Markley (SBN 291785)
       Jordan Belcastro (SBN 339570)
       225 Broadway, 19th Floor
       San Diego, California 92101
       Tel: (619) 325-0492
       Fax: (619) 325-0496
       Email: cnicholas@nicholaslaw.org
       Email: smarkley@nicholaslaw.org
       Email: jbelcastro@nicholaslaw.org

       Attorneys for Plaintiffs,
       SUSAN JOHNSON and CHRISTI
       MCCRACKEN